**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**(Charleston Division)**

**COLUMBIA GAS TRANSMISSION, LLC.**

**Plaintiff,**

**v.**

**CIVIL ACTION NO. 2:25-cv-289**
**JUDGE IRENE C. BERGER**

**S&S RECYCLING, INC. and**
**ZELORA SIMPKINS,**

**Defendants,**

**and**

**HANK BLAIR, MARK CLINE,**
**JOHN CLARK, and KYLE MULLINS**

**Intervening Plaintiffs.**

**SUPPLEMENTAL ANSWER OF PLAINTIFF COLUMBIA GAS TRANSMISSION, LLC TO COUNTERCLAIM**

Plaintiff/Counter-Claim Defendant Columbia Gas Transmission, LLC ("Columbia"), by counsel, states that Defendants filed an Answer to Columbia's Amended Complaint and restated their previously filed Counterclaim (ECF Doc. No. 47). As the Counterclaim appears identical to the previously filed Counterclaim, Columbia hereby incorporates and references its prior Answer to the Counterclaim as set forth in ECF Doc. No. 32 and denies all allegations unless specifically admitted thereto. Columbia further incorporates and restates the affirmative defenses contained in the prior Answer.

**WHEREFORE**, Columbia Gas Transmission, LLC, having fully answered the Counterclaim herein, states that it is not liable to Defendants/Counterclaim Plaintiffs for any of the matters alleged in the Counterclaim and that there can be no recovery in this action by Defendants/Counterclaim Plaintiffs against Columbia. Accordingly, Columbia demands judgment

in its favor dismissing the Counterclaim, with prejudice, and that it be awarded its costs, expenses, and attorneys' fees in and about the defense of this action.

**COLUMBIA GAS TRANSMISSION, LLC**

**By Counsel**

*/s/ Matthew S. Casto*

Matthew S. Casto (WVSB #8174)
Ramonda C. Marling (WVSB #6927)
Babst, Calland, Clements & Zomnir, P.C.
300 Summers Street, Suite 1000
Charleston WV 25301
681-205-8888 (telephone)
681-205-8814 (fax)
mcasto@babstcalland.com
rmarling@babstcalland.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**(Charleston Division)**

**COLUMBIA GAS TRANSMISSION, LLC.**

**Plaintiff,**

**v.**

**CIVIL ACTION NO. 2:25-cv-289**
**JUDGE IRENE C. BERGER**

**S&S RECYCLING, INC. and**
**ZELORA SIMPKINS,**

**Defendants,**

**and**

**HANK BLAIR, MARK CLINE,**
**JOHN CLARK, and KYLE MULLINS**

**Intervening Plaintiffs.**

**CERTIFICATE OF SERVICE**

The undersigned, as counsel for Plaintiff Columbia Gas Transmission, LLC, does hereby certify that on this 3rd day of September, 2025, I electronically filed the foregoing ***Supplemental Answer of Plaintiff Columbia Gas Transmission, LLC to Counterclaim*** via the Court's CM/ECF system, which will send electronic notification of such filing to the following:

Christian R. Harris, Esquire
PO Box 257
Williamson, WV 25661
*Counsel for Defendants*

Lee Murray Hall, Esquire
Jenkins Fenstermaker, PLLC
PO Box 2688
Huntington, WV 25726-2688
*Counsel for Defendants*

*/s/ Matthew S. Casto*
Matthew S. Casto (WVSB #8174)