**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

COLUMBIA GAS TRANSMISSION, LLC,

Plaintiff,

v. CIVIL ACTION NO. 2:25-cv-00289

S & S RECYCLING, INC., and
ZELORA SIMPKINS,

Defendants.

**ORDER OF DISMISSAL**

By letter dated February 13, 2026, the Court was advised by the mediator that the above-styled civil action has been compromised and settled. Therefore, after careful consideration, the Court does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court. The Court further **ORDERS** that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

It is also **ORDERED** that any motions pending at the time of this dismissal are hereby **TERMINATED AS MOOT**.

Lastly, the Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

ENTER: March 16, 2026

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA